UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBY FREDRICK BRYANT, JR. #618035,

      Plaintiff,

                                      Case No: 1:26-cv-1277

v.

                                        HON. ROBERT J. JONKER

UNKNOWN MIDDLETON et al.,

      Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 24, 2026 (ECF No. 10). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

      **ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 10) is **APPROVED** and **ADOPTED** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** and the case is **TERMINATED**.

Dated:   July 22, 2026           /s/ Robert J. Jonker
                                   ROBERT J. JONKER
                                   UNITED STATES DISTRICT JUDGE